UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ALEX OUADEBA, *et al.*,

Plaintiffs,

Case No. 3:25-cv-448

vs.

DIRECTOR, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

Defendants.

---

**ORDER: (1) GRANTING DEFENDANTS' UNOPPOSED MOTION TO LIFT THE STAY OF REMOVAL (Doc. No. 18); (2) LIFTING THE STAY OF REMOVAL (Doc. No. 5); (3) DISMISSING THE CASE WITHOUT PREJUDICE; AND (4) TERMINATING THIS CASE ON THE DOCKET**

---

This civil case is before the Court upon Plaintiffs' notice of voluntary dismissal without prejudice (Doc. No. 19), and Defendants' motion to lift the stay of removal in this case (Doc. No. 18). On September 15, 2026, the Court held a status conference with counsel for both parties. During the telephone conference, the parties, through counsel, agreed that the case should be dismissed without prejudice and that the stay of removal should be lifted.[1]

For good cause shown, Defendants' unopposed motion to lift the stay of removal is **GRANTED**. Accordingly, the stay of removal is **LIFTED**. This case is hereby **DISMISSED WITHOUT PREJUDICE** and **TERMINATED** on the docket.

**IT IS SO ORDERED.**

---

[1] Plaintiffs' counsel informed the Court that Plaintiff's I-730 petition has been adjudicated and is now pending before the Board of Immigration Appeals. In light of the appeal, there is currently an administrative stay of removal in place.

October 7, 2026

/s *Michael J. Newman*
Hon. Michael J. Newman
United States District Judge